**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1776

VICKIE L. MCIVER ROBERTS,

Plaintiff - Appellant,

versus

NORTH CAROLINA BAPTIST HOSPITAL EMPLOYEE
RELATIONS,

Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Frank W. Bullock, Jr., District Judge. (CA-05-241-1)

Submitted:  November 9, 2005        Decided:  November 18, 2005

Before WILKINSON and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Vickie L. McIver Roberts, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vickie L. McIver Roberts appeals the district court's order adopting the recommendation of the magistrate judge and dismissing her civil action as frivolous under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. See <u>Roberts v. N.C. Baptist Hosp. Employee Relations</u>, No. CA-05-241-1 (M.D.N.C. May 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>